**2013–0411.   Ohio Bell Tel. Co. v. Cleveland.**
Cuyahoga App. No. 98683, 2013-Ohio-270.

**2013–0416.   Duck v. Cantoni.**
Washington App. No. 11CA20, 2013-Ohio-351.
  LANZINGER and O'NEILL, JJ., dissent.
  FRENCH, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0422.   State v. Hatton.**
Pickaway App. No. 11CA23, 2013-Ohio-475.
  O'CONNOR, C.J., and KENNEDY and FRENCH, JJ., dissent.

**2013–0423.   Wells Fargo Bank, N.A. v. Cogar.**
Ashland App. No. 12-COA-022, 2013-Ohio-311.

**2013–0424.   Schiemann v. Foti Contracting, L.L.C.**
Cuyahoga App. No. 98662, 2013-Ohio-269.
  O'NEILL, J., dissents.

**2013–0425.   Kmotorka v. Wylie.**
Wood App. Nos. WD–11–018 and WD–11–026, 2013-Ohio-321.
  FRENCH and O'NEILL, JJ., dissent.

**2013–0426.   State v. Spencer.**
Franklin App. No. 12AP–472, 2013-Ohio-465.
  O'DONNELL, J., dissents.

**2013–0428.   State v. Miller.**
Franklin App. No. 12AP–389, 2013-Ohio-288.
  O'DONNELL, J., dissents.

**2013–0432.   State v. West.**
Cuyahoga App. Nos. 97391 and 97900, 2013-Ohio-96.

**2013–0435.   State v. Shabazz.**
Cuyahoga App. No. 98601, 2013-Ohio-267.

**2013–0437.   Lambda Research, Inc. v. Jacobs.**
Hamilton App. No. C–100796, 2013-Ohio-348.
  PFEIFER, J., dissents.

**2013–0439.   State v. Keeley.**
Washington App. No. 12CA15, 2013-Ohio-474.

**2013–0440.   State v. May.**
Cuyahoga App. Nos. 96362 and 96421.

**2013–0442.   State v. Cox.**
Greene App. No. 2011 CA 19, 2012-Ohio-2100.

**2013–0443.   State v. Lloyd.**
Warren App. No. CA2012–11–123.

**2013–0444.   Paul v. Hamilton Cty. Job & Family Servs.**
Hamilton App. No. C–130071.

**2013–0445.   State v. Sanders.**
Pickaway App. No. 12CA4, 2013-Ohio-1326.

**2013–0447.   State v. Bradford.**
Adams App. No. 11CA928, 2013-Ohio-480.

**2013–0448.   Serraino v. Fauster–Cameron, Inc.**
Defiance App. No. 4–12–11, 2013-Ohio-329.